GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

JACQUELINE EARLE          1998-0
    jearle@goodsill.com
DAWN T. SUGIHARA          7631-0
    dsugihara@goodsill.com
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawai'i  96813
Telephone:  (808) 547-5600
Facsimile:  (808) 547-5880

Attorneys for Defendant
RICON CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| VERNA MCDONALD,<br><br>        Plaintiff,<br><br>vs.<br><br>POLYNESIAN ADVENTURE TOURS, INC.; RICON CORPORATION; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; ROE "NON-PROFIT" CORPORATIONS 1-10; AND ROE GOVERNMENTAL ENTITIES 1-10,<br><br>        Defendants. | CIVIL NO.  CV07-00221 (KSC)<br>(Non-Motor Vehicle Tort)<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST RICON CORPORATION AND POLYNESIAN ADVENTURE TOURS, INC.; ORDER<br><br><br><br>Trial:     June 23, 2009<br>Judge:   Hon. Kevin S. C. Chang |

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANTS RICON CORPORATION AND POLYNESIAN ADVENTURE TOURS, INC.**

IT IS HEREBY STIPULATED by and among Plaintiff

VERNA MCDONALD ("Plaintiff") and Defendants RICON CORPORATION

("Ricon") and POLYNESIAN ADVENTURE TOURS, INC. ("Polynesian"),

through their respective counsel, pursuant to Rule 41(a)(1)(A)(ii) and Rule 41(c) of the Federal Rules of Civil Procedure, that all claims against Ricon and Polynesian be, and the same hereby are, dismissed, with prejudice, with the each party to bear its or her own costs and attorneys' fees.

This Stipulation has been signed by counsel for all parties who have made an appearance in this action. There are no remaining issues and/or parties.

This action has been set for trial on June 23, 2009.

DATED: Honolulu, Hawai‘i, _____.

/s/ Stuart M. Cowan
KENNETH T. OKAMOTO
STUART M. COWAN

Attorneys for Plaintiff
VERNA MCDONALD

DATED: Honolulu, Hawai‘i, _____.

/s/ Daniel M. Chen
WAYNE M. SAKAI
MICHIRO IWANAGA
DANIEL M. CHEN

Attorneys for Defendant
POLYNESIAN ADVENTURE
TOURS, INC.

3

DATED: Honolulu, Hawai‘i, _____.

/s/ Jacqueline Earle
JACQUELINE EARLE
DAWN T. SUGIHARA

Attorneys for Defendant
RICON CORPORATION

APPROVED AND SO ORDERED:



_____
**Kevin S.C. Chang**
**United States Magistrate Judge**

---

VERNA MCDONALD v. POLYNESIAN ADVENTURE TOURS, INC., et al.
CV 07-00221 KSC, U.S. District Court-Hawai‘i

(STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANT RICON CORPORATION AND POLYNESIAN ADVENTURE TOURS, INC.; ORDER)